AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Robert Edmond Powell, Jr | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   0:10-cv-00686-JMC |
| Commissioner of Social Security Administration | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's final decision is reversed and remanded for further proceedings.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge.

Date:   October 27, 2011                                *CLERK OF COURT*

                                                        s/Ashley Williams, Deputy Clerk
                                                        *Signature of Clerk or Deputy Clerk*